**Trust Company of Chicago, Administrator of Estate of Stella Gasienicza, Deceased, Appellant, v. Metropolitan Life Insurance Company, Appellee.**

**Gen. No. 41,330.**

opinion filed January 22, 1941. Thaddeus C. Toudor and Irving L. Lansing, for appellant; Hoyne, O'Connor & Rubinkam, for appellee; Nathaniel Rubinkam and William A. Cannon, of counsel. Opinion by JUSTICE DENIS E. SULLIVAN. ''Not to be published in full.''